## DISCIPLINARY CASES

**2003–1120. Disciplinary Counsel v. Moore.**
On June 27, 2006, respondent, C. Michael Moore, filed an application for termination of probation. Upon consideration thereof, the court finds that respondent has substantially complied with Gov.Bar R. V(9)(D) and with its order dated March 3, 2004, in which the court suspended respondent for a period of one year, stayed the suspension, and placed respondent on monitored probation for two years.

It is therefore ordered by this court that the probation of respondent, C. Michael Moore, Attorney Registration No. 0071174, last known business address in Jackson, Ohio, is terminated.

It is further ordered that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

## MISCELLANEOUS DISMISSALS

**2006–1022. State ex rel. Jackson v. Franklin Cty. Court of Common Pleas.**
Franklin App. No. 05AP–571. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It appears from the records of this court that appellant has not filed a merit brief, due August 14, 2006, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause is dismissed sua sponte.

**2006–1161. Gillilan Family L.P. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2004–T–322, 2004–T–323, and 2004–T–324. This cause is pending before the court as an appeal from the Board of Tax Appeals. It appears from the records of this court that appellant has not filed a merit brief, due August 21, 2006, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause is dismissed sua sponte.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2006–1415. State ex rel. Starr v. Indus. Comm.**
Franklin App. No. 05AP–670.